UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:20-cr-79 |
| | ) | |
| v. | ) | Judge Travis R. McDonough |
| | ) | |
| INDIA KIERRA BROWN | ) | Magistrate Judge Christopher H. Steger |
| | ) | |
| | ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 66) recommending that the Court: (1) grant Defendant's motion to withdraw her not-guilty plea to Count Two of the four-count Indictment; (2) accept Defendant's guilty plea to Count Two of the four-count Indictment; (3) adjudicate Defendant guilty of sex trafficking in violation of 18 U.S.C. §§ 1591(a)(2) and 1591(b)(1); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 66) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not-guilty plea to Count Two of the four-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Two of the four-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of sex trafficking in violation of 18 U.S.C. §§ 1591(a)(2) and 1591(b)(1);

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **October 18, 2024, at 9:00 a.m.**

   **SO ORDERED.**

   /s/ *Travis R. McDonough*
   **TRAVIS R. MCDONOUGH**
   **UNITED STATES DISTRICT JUDGE**